1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   JENNIFER L. GUSTAFSON
3  Washoe County Deputy District Attorney
   Nevada State Bar Number 12589
4  One South Sierra Street
   Reno, Nevada  89501
5  jgustafson@da.washoecounty.us
   (775) 337-5700
6  ATTORNEY FOR DEFENDANTS
   BLAINE BEARD, CHRISTOPHER SHEARER,
7  MALGORZATA SUCHODOLSKA-ZMAK
   AND RANDY WHITMORE

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11                         * * *

12 JAMELLE L. RUSSELL,

13            Plaintiff,
                                    Case No. 3:17-cv-00181-MMD-WGC
14       vs.
                                    **STIPULATION TO DISMISS WITH**
15 WASHOE COUNTY DETENTION          **PREJUDICE**
   FACILITY, *et. al.*
16
              Defendants.
17

18
       Come now Plaintiff JAMELLE RUSSELL and Defendants BLAINE BEARD,
19
   CHRISTOPHER SHEARER, MALGORZATA SUCHODOLSKA-ZMAK AND RANDY
20
   WHITMORE, by and through counsel, Jennifer L. Gustafson, Deputy District Attorney, and
21
   hereby stipulate to the dismissal of this action in its entirely, and all claims against all
22
   defendants, with prejudice, pursuant to Fed.R.Civ.P. 41(a).
23
   //
24
   //
25
   //
26

Each party shall bear their own attorney's fees and costs, as specifically provided in the settlement agreement executed by the parties herein.

Dated this 3rd day of September, 2019

*(signature)*
JAMELLE L. RUSSELL (#1089479)
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301

PLAINTIFF, in proper person

Dated this ~~3rd~~ 20th day of September, 2019

CHRISTOPHER J. HICKS
District Attorney

By: *(signature)*
JENNIFER L. GUSTAFSON
Deputy District Attorney
One South Sierra Street
Reno, Nevada 89501
(775) 337-5700

ATTORNEYS FOR DEFENDANTS
BLAINE BEARD
CHRISTOPHER SHEARER
MALGORZATA SUCHODOLSKA-ZMAK
RANDY WHITMORE

IT IS SO ORDERED.

Dated: September 23, 2019

*(signature)*
U.S. District Judge

-2-

## **CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

Jamelle Russell  #1089479
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301

Dated: September 20, 2019

/s/ C. Mendoza
C. Mendoza